No. 88–30.  HORN & HARDART CO. *v.* NATIONAL RAILROAD PASSENGER CORPORATION.  C. A. D. C. Cir.  Certiorari denied.

No. 88–31.  LEWIS *v.* MIDWESTERN STATE UNIVERSITY ET AL. C. A. 5th Cir.  Certiorari denied.

No. 88–33.  BLEDSOE *v.* UNITED STATES.  Ct. Mil. App. Certiorari denied.

No. 88–35.  FEISS *v.* VETERANS ADMINISTRATION.  C. A. Fed. Cir.  Certiorari denied.

No. 88–38.  NORTHWESTERN BELL TELEPHONE CO. *v.* MINNESOTA PUBLIC UTILITIES COMMISSION.  Ct. App. Minn.  Certiorari denied.

No. 88–44.  CHILD, INC. *v.* TEXAS EMPLOYMENT COMMISSION. Ct. App. Tex., 3d Dist.  Certiorari denied.

No. 88–45.  SPILLANE *v.* SPILLANE.  Sup. Ct. Nev.  Certiorari denied.

No. 88–46.  BEHNING ET UX. *v.* CAMELBACK SKI CORP. Ct. App. Md.  Certiorari denied.

No. 88–48.  PRAET *v.* KINGSLEY.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 88–51.  MALLEN *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 88–54.  VITIELLO ET AL. *v.* I. KAHLOWSKY & CO. ET AL. C. A. 3d Cir.  Certiorari denied.

No. 88–56.  KANE *v.* EMRANI ET AL.  Ct. App. Colo.  Certiorari denied.

No. 88–57.  FRIEDMAN *v.* HALL ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 88–59.  UNITED STEEL & WIRE CO. *v.* STALLWORTH ET AL.  Ct. App. Mich.  Certiorari denied.